USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: ______
DATE FILED: 11/12/2026

CHRISTOPHER J. BOWES, ESQ.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

November 5, 2026

Via ECF
Hon. Andrew L. Carter
District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: Campbell v. SSA
26 Civ. 06651 (ALC)

Dear Judge Carter:

As the attorney for the plaintiff in the above captioned action, I write to request an extension of time file plaintiff's Brief in the above captioned Social Security action. Plaintiff's papers are due to be filed on November 4, 2026.

I seek additional time to file Plaintiff's Brief due to multiple competing deadlines over the past month. With the kind consent of opposing counsel, Sergei Aden, I respectfully request that the Court extend plaintiff' time to file her Brief and approve the following revised briefing schedule:

| | |
|---|---|
| December 7, 2026 | Plaintiff's Brief |
| February 5, 2027 | Defendant's Brief |
| February 19, 2027 | Plaintiff's Reply |

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Christopher J. Bowes, Esq.*
Christopher J. Bowes, Esq.

Cc: Sergei Aden, Esq.

**GRANTED**. The Court adopts the proposed briefing schedule.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 12, 2026